STATE OF NEW JERSEY v. EDDIE M. ROBINSON.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO RODRIGUEZ.

September 19, 1989.

Petition for certification denied. (See 234 *N.J.Super.* 298).

STATE OF NEW JERSEY v. FRANCISCO RODRIGUEZ.

September 19, 1989.

Cross-petition for certification denied. (See 234 *N.J.Super.* 298).

STATE OF NEW JERSEY v. STEPHEN NESBETT.

September 19, 1989.

Petition for certification denied.